UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

S.S.,

Petitioner,

v.

KRISTI NOEM, et al.,

Respondents.

No. 1:26-cv-00399-DAD-SCR (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING MOTION TO DISMISS, AND GRANTING PETITION FOR WRIT OF HABEAS CORPUS

(Doc. Nos. 11, 17)

Petitioner S.S. is a former federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 29, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be granted and respondents' motion to dismiss (Doc. No. 11) be denied. (Doc. No. 17.) Specifically, the magistrate judge adopted the undersigned's prior reasoning in its January 23, 2026 order granting petitioner preliminary injunctive relief requiring release (Doc. No. 12) and concluded that due process required a pre-deprivation hearing prior to petitioner's re-detention. (Doc. No. 17 at 1–2.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days after service. (*Id.* at 2.) On

August 5, 2026, respondents filed their objections to the pending findings and recommendations in which they state that petitioner is only entitled to a custody redetermination hearing pursuant to 8 U.S.C. § 1226(a). (Doc. No. 18.) These objections do not engage with the due process analysis set forth by the court in its prior January 23, 2026 order which found that petitioner was previously released and therefore entitled to a pre-deprivation hearing. (Doc. No. 12.) Accordingly, the court finds that respondents' objections do not provide a basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1. The findings and recommendations issued on July 29, 2026 (Doc. No. 17) are ADOPTED IN FULL;
2. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED as follows:
    a. Respondents are ENJOINED and RESTRAINED from re-detaining petitioner unless it provides petitioner with notice and a pre-detention hearing before an immigration judge, at which hearing respondents will bear the burden of demonstrating that petitioner poses a flight risk or danger to the community by clear and convincing evidence;
3. Respondents' motion to dismiss (Doc. No. 11) is DENIED; and
4. The Clerk of the Court is directed to ENTER judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated: **August 26, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE